# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>ONE PARCEL OF PROPERTY LOCATED AT 550 CRIMSON HAWK ROAD, PLYMOUTH, VERMONT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON,<br>    Defendant.<br>--------------------------------------------------<br>PAUL M. CAMARA, and<br>AMY M. CAMARA,<br>    Claimants. | No. 3:18-cv-00550 (SRU) |

## WRIT OF ENTRY

The United States having filed a Verified Complaint for Forfeiture against one parcel of property located at 550 Crimson Hawk Road, Plymouth, Vermont, with all appurtenances and improvements thereon, whose legal description is attached as Exhibit A; and

The United States having not requested authority to seize the defendant property at this time, but having stated that it will post notice of the Verified Complaint of Forfeiture on the defendant property and serve notice of this action and a copy of the Complaint on the owner of the defendant property under 18 U.S.C. § 985(c)(1) & (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. §§ 983(j) & 985(b)(2) authorizing it to enter the defendant property, including any structures, for the purpose of conducting an inspection and inventory of the defendant property and, as provided in 19 U.S.C. § 1606, to conduct an appraisal; it is

**ORDERED** that the United States Marshals Service, or its designee, is hereby authorized

1. to enter the defendant property, including any structures, on one or more occasions during the pendency of this in rem forfeiture action against the defendant property, for the purpose of conducting an inspection and inventory and appraisal of the defendant property, and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant property, which inspection and inventory may include, among other means, still and video photography, and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

So ordered.

Dated at Bridgeport, Connecticut, this 17th day of April 2018.

/s/ STEFAN R. UNDERHILL

Stefan R. Underhill
United States District Judge

<u>EXHIBIT A</u>

  Being all and the same lands and premises conveyed to George T. Papanier and Julie A. Papanier by Warranty Deed of Michael A. Jarvis dated October 20, 2006 and recorded October 26, 2006 in Book 102, Page 490-492 of the Town of Plymouth Land Records and more particularly described as follows:

Being all and the same lands and premises conveyed to Michael A. Jarvis by Warranty Deed of Donald A. Barone and Kathleen Barone dated June 21, 2005 and recorded in Book 98, Pages 677-680 of the Town of Plymouth Land Records on June 27, 2005. The lands and premises conveyed herein are more particularly described in the aforesaid deed as follows:

Being all and the same lands and premises conveyed to Warranty Deed of Salt Ash Mountain Corporation to Donald A. Barone and Kathleen Barone, by Deed dated November 26, 1984 and recorded November 29, 1984 at Book 47, Page 206 of the Town of Plymouth Land Records, and therein more particularly described in Schedule A attached hereto and made a part thereof.

<u>Schedule A</u>

Being a portion of the lands and premises conveyed to SALT ASH MOUNTAIN CORPORATION by Warranty Deed of Richard C. Colberg, dated May 1, 1969, and recorded June 30, 1969, in the Plymouth Land Records in Book 30, at Page 407, to which deed reference may be had for a more particular description.

Being House Lot #1-34 at Salt Ash colony in the Town of Plymouth, Vermont, as shown on a plan captioned "Salt Ash Master Plan," dated January 5, 1978, revised November 21, 1979, and recorded in the Plymouth Town Clerk's office in Map Book 1 at Page 37; and as shown on a plan entitled "Salt Ash Colony Site Plan –Sector 1 (West)" dated September 28, 1978, revised through October 16, 1981 and recorded in the Plymouth Town Clerk's office in Map Book 1 at Page 45 on December 15, 1983.